C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-81791  C-13D |
| Paul W. Burkhead | ) | |
| Pamela F. Burkhead | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER OVERRULING OBJECTION TO CONFIRMATION

On January 13, 2011, a hearing was held on Objection by the Standing Trustee to confirmation of the Debtors' proposed plan. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors, and Richard M. Hutson II, Standing Trustee appeared and stated to the Court that all matters in controversy had been settled. The Court, after considering the Objection and having heard and considered the statements of counsel and the Trustee, finds that the Debtors' proposed plan should be confirmed in accordance with the provisions of 11 U.S.C. §1325; therefore, by and with the consent of the parties, it is

ORDERED that the Objection by the Standing Trustee to confirmation of the Debtors' proposed plan is overruled and the Debtors' proposed plan is confirmed pursuant to the provisions of a separate Order of this Court.

## PARTIES IN INTEREST
## Page 1 of 1
## 10-81791 C-13D

Paul W. Burkheard
Pamela F. Burkhead
3821 Borland Rd.
Efland, NC  27243

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702